IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF THE TREASURY and BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM <br><br> Defendants. | Case No. 1:20-cv-01322-RC |

## JOINT STATUS REPORT

Plaintiff and Defendants, by counsel and under the Court's prior Minute Order, respectfully submit this Joint Status Report:

1. The parties believe at this time that they have resolved all outstanding issues with the exception of attorney's fees and costs. The parties are in discussions to resolve any claim for attorney's fees and costs without further litigation, and they propose continuing those discussions.

2. The parties respectfully request that they be permitted to submit on or before April 1, 2021 a stipulation of dismissal, or a joint status report updating the Court on discussions regarding attorney's fees and costs.

Dated: February 1, 2021        Respectfully submitted,

BRIAN J. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO

Deputy Director, Federal Programs Branch

*/s/ Jordan L. Von Bokern*
JORDAN L. VON BOKERN
(D.C. Bar # 1032962)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-7919
Fax: (202) 616-8460
Jordan.L.Von.Bokern2@usdoj.gov

*Attorneys for Defendants*

*/s/ William J. Snape, III*
William J. Snape, III (D.C. Bar No. 455266)
Paulo A. Lopes (D.C. Bar No. 1012910)
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
(202) 536-9351 (cell)
(202) 274-4443 (land)
wsnape@wcl.american.edu
plopes@biologicaldiversity.org

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of February, 2021, I caused the foregoing document to be served on counsel for plaintiff by filing with the court's electronic case filing system.

                                          */s/ Jordan L. Von Bokern*
                                          Jordan L. Von Bokern