IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF THE TREASURY<br>and<br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,<br><br>   Defendants. | Case No. 1:20-cv-01322-RC |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Center for Biological Diversity and Defendants U.S. Department of the Treasury and Board of Governors of the Federal Reserve System stipulate and agree to the dismissal of this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter, over which the Court retains jurisdiction. All costs and fees issues in this case have been resolved as noted in the settlement agreement.

DATED: May 18, 2021                                         Respectfully submitted,


*/s/ Paulo A. Lopes*
William J. Snape, III (D.C. Bar No. 455266)
Paulo A. Lopes (D.C. Bar No. 1012910)
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
(202) 536-9351 (cell)
(202) 274-4443 (land)
wsnape@wcl.american.edu
plopes@biologicaldiversity.org

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Jordan L. Von Bokern*
JORDAN L. VON BOKERN
(D.C. Bar # 1032962)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-7919
Fax: (202) 616-8460
Jordan.L.Von.Bokern2@usdoj.gov

*Attorneys for Defendants*

It is SO ORDERED this ____ day of _____ , 2021.


_____
RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I certify that on May 18, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filling to all registered parties.

DATED: May 18, 2021                                   Respectfully submitted,

                                                                            */s/ Paulo A. Lopes*
                                                                            Paulo A. Lopes (D.C. Bar No. 1012910)